NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ARLINGTON INDUSTRIES, INC.,**
*Plaintiff-Cross Appellant,*

v.

**BRIDGEPORT FITTINGS, INC.,**
*Defendant-Appellant.*

---

2010-1377, -1400, -1408

---

Appeals from the United States District Court for the Middle District of Pennsylvania in consolidated case nos. 01-CV-0485 and 05-CV-2622, Judge Christopher C. Conner.

---

## ON MOTION

---

## ORDER

Arlington Industries, Inc. and Bridgeport Fittings, Inc. respond to this Court's August 10, 2010 order directing the parties to inform the court how this case should proceed within 14 days of the issuance of the mandate in *Arlington Industries, Inc. v. Bridgeport Fittings, Inc.*, No. 2010-1025. Both parties propose that the stay on briefing be lifted.

Accordingly,

IT IS ORDERED THAT:

The stay of briefing is lifted. The appellant's opening brief is due within 40 days from the date of filing of this order.

FOR THE COURT

**MAY 17 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Kathryn L. Clune, Esq.
Deanne E. Maynard, Esq.

s24

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**MAY 17 2011**

**JAN HORBALY**
**CLERK**